No. 73–1310. BOARD OF SCHOOL COMMISSIONERS OF INDIANAPOLIS ET AL. *v.* GARDNER ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1338. NORTHCROSS ET AL. *v.* BOARD OF EDUCATION OF THE MEMPHIS CITY SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. ▇

No. 73–1342. SILVESTRI CORP. *v.* MARSHALL FIELD & Co. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 73–6106. CANNON *v.* SMITH, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant certiorari.